**SO ORDERED.**

**SIGNED April 30, 2010.**



_____
ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 10-20091 |
| NICHOLAS LEON CURNELL | |
|  DEBTOR | CHAPTER 13 |
| U.S. BANK | |
|  MOVER | |

### *O R D E R*

THIS MATTER came on to be heard on April 29, 2010, on a Motion to Lift Stay filed on behalf of U.S. BANK, a secured creditor herein.

CONSIDERING the Motion, the law and evidence in favor thereof, and upon proper notice of hearing on same;

IT IS ORDERED that the automatic stay presently in effect pursuant to 11 U.S.C. §362 with regard to this Chapter 13 proceeding and also as to a proceeding under any other Chapter of the Bankruptcy Code to which this matter might be converted, be lifted and the below described property be abandoned from the estate in order to permit U.S. BANK to foreclose on its security interest in the following described property located in Bell County Parish, Louisiana, more particularly described as follows:

Lot Sixteen (16), Block Three (3), Watercrest Addition Phase One, Killeen, Bell County, Texas, as per plat of record in Cabinet B, Slide 273-A, Plat Records of Bell County, Texas.

Improvements thereon having a municipal address of 3401 Rainforest Ln, Killeen, TX 76549.

IT IS FURTHER ORDERED that U.S. BANK is authorized and permitted, if necessary, to evict the DEBTOR from the above described property.

The entity submitting this order represents to the Court that the underlying motion was filed and served in conformity with the local rules, that no pleading or response has been filed in opposition thereto, and that the relief to be granted by this order is consistent with the relief to be granted by this order is consistent with the relief pled for in that motion.

# # #

Respectfully Submitted:

The Boles Law Firm
P.O. Box 2065
Monroe, LA 71201
(318)388-4050


By: /s/ Jacob S. Edwards
    Jacob S. Edwards, Esquire
    Bar No. #30492